1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   GENE NICHOLS
5

6

                    **UNITED STATES DISTRICT COURT,**
7                   **EASTERN DISTRICT OF CALIFORNIA,**
                       **SACRAMENTO DIVISION**
8

9  GENE NICHOLS,                      )  **Case No.:**
                                      )
10          Plaintiff,                )  **COMPLAINT AND DEMAND FOR**
                                      )  **JURY TRIAL**
11     v.                             )
                                      )  **(Unlawful Debt Collection Practices)**
12 NCO FINANCIAL SYSTEMS, INC.,       )
                                      )
13          Defendant.                )
                                      )

14

15              <u>**VERIFIED COMPLAINT**</u>

16     GENE NICHOLS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the

17 following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

18                      **INTRODUCTION**

19  1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15

20     U.S.C. 1692 et seq.* (FDCPA).

21  2. Defendant acted through its agents, employees, officers, members, directors, heirs,

22     successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers,

23     and attorneys.

24

25

                              - 1 -

                    PLAINTIFF'S COMPLAINT

1

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

7. Plaintiff is a natural person residing in West Palm Beach, Florida.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a national company with business offices in Rancho Cordova, Sacramento County, California.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking to speak with Plaintiff's deceased father, Robert Lowe.

12. Defendant has been placing calls to Plaintiff for nearly three months.

13. Defendant calls Plaintiff on telephone number: 561-684-1806.

14. Plaintiff lives at the same address her parents used to reside.

PLAINTIFF'S COMPLAINT

1    15. Plaintiff's phone number has never belonged to Plaintiff's parents.

2    16. Plaintiff has repeatedly informed Defendant that Plaintiff is not the consumer that

3        Defendant is looking for.

4    17. Defendant continues to place collection calls directly to Plaintiff despite this.

5                                    **COUNT I**
     **DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

6

7    18. Defendant violated the FDCPA based on the following:

8        a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the

9            natural result is the abuse and harassment of the Plaintiff.

10       b.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring

11           repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

12       c.  Defendant violated *§1692e(10)* of the FDCPA by engaging in the false and

13           deceptive practices of placing calls to Plaintiff despite knowing that he is not the

14           consumer that Defendant is seeking to collect from.

         WHEREFORE, Plaintiff, GENE NICHOLS, respectfully requests judgment be entered

15
     against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

16

17   19. Statutory damages of $1000.00  pursuant to the Fair Debt Collection Practices Act, *15

18       U.S.C. 1692k*,

19   20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act,

20       *15 U.S.C. 1692k*

21   21. Any other relief that this Honorable Court deems appropriate.

22

23

24

25

PLAINTIFF'S COMPLAINT

1

2

3

### DEMAND FOR JURY TRIAL

4       PLEASE TAKE NOTICE that Plaintiff, GENE NICHOLS, demands a jury trial in this

5   cause of action.

6                                      RESPECTFULLY SUBMITTED,

7     DATED:  October 19, 2010                 KROHN & MOSS, LTD.

8                                          /s/ Nicholas J. Bontrager

9                              By: _____ _

10                                        Nicholas J. Bontrager
                                          Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

1

2

3    **VERIFICATION OF COMPLAINT AND CERTIFICATION**

4    STATE OF FLORIDA

5         Plaintiff, GENE NICHOLS, states as follows:

6    1.    I am the Plaintiff in this civil proceeding.
     2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe
7          that all of the facts contained in it are true, to the best of my knowledge, information
           and belief formed after reasonable inquiry.
8    3.    I believe that this civil Complaint is well grounded in fact and warranted by existing
           law or by a good faith argument for the extension, modification or reversal of existing
9          law.
     4.    I believe that this civil Complaint is not interposed for any improper purpose, such as
10         to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
           needless increase in the cost of litigation to any Defendant(s), named in the
11         Complaint.
     5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
12   6.    Each and every exhibit I have provided to my attorneys which has been attached to
           this Complaint is a true and correct copy of the original.
13   7.    Except for clearly indicated redactions made by my attorneys where appropriate, I
           have not altered, changed, modified or fabricated these exhibits, except that some of
14         the attached exhibits may contain some of my own handwritten notations.

15        Pursuant to 28 U.S.C. § 1746(2), I, GENE NICHOLS, hereby declare (or certify,
     verify or state) under penalty of perjury that the foregoing is true and correct.
16

17   DATE: _10-14-2010_          _Gene Nichols_
                                        GENE NICHOLS
18

19

20

21

22

23

24

25

- 5 -

PLAINTIFF'S COMPLAINT