**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| GENE NICHOLS, | Case No.: 2:10-cv-02822-FCD-EFB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 8, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE